UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 11 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 05-00711 CW**   Diamond Chemical Company, Inc. V. Degussa Corporation et al

**C 05-01757 MEJ**   Captree Chemical Corp. V. Degussa Corporation et al

I find that the above case is related to the case assigned to me. __Yes__

**C 05-01769 MMC**   Mississippi River Corporation v. Degussa Corporation et al

I find that the above case is related to the case assigned to me. __Yes__

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge (**"CW"**) immediately after the case number. All further proceedings in all the newly assigned cases are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation (MDL No. 1682 - In Re Hydrogen Peroxide Antitrust Litigation) regarding the transfer of these cases to the Eastern District of Pennsylvania for consolidated pretrial proceedings. All hearing and motion dates are VACATED pending further order of this Court.

Dated: JUL 11 2005

Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: _____          By: _____
                                              **Deputy Clerk**

Copies to: Courtroom Deputies
          Case Systems Administrators
          Counsel of Record
Entered into Assignment Program: 7/12/05 CL (date)