

DOCKET NO. 1682

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HYDROGEN PEROXIDE ANTITRUST LITIGATION

C 05-1757 CW

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On June 16, 2005, the Panel transferred one civil action to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Stewart Dalzell.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Dalzell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of June 16, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Stewart Dalzell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 5 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1682
## IN RE HYDROGEN PEROXIDE ANTITRUST LITIGATION

DIST. DIV. C.A. #        CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-1757           Captree Chemical Corp. v. Degussa Corp., et al.
CAN 3  05-1769           Mississippi River Corp. v. Degussa Corp., et al.
CAN 4  05-918            American Fiber Resources International v. Degussa Corp., et al.
CAN 4  05-938            Riverside Chemicals, Inc. v. ATOFINA Chemicals, Inc., et al.
CAN 4  05-985            BHS Marketing, LLC v. Degussa Corp., et al.
CAN 4  05-1021           Thatcher Co. v. Degussa Corp., et al.
CAN 4  05-1046           Norman Fox & Co. v. Degussa Corp., et al.
CAN 4  05-1077           Seeler Industries, Inc. v. Degussa Corp., et al.
CAN 4  05-1079           Pacifica Chemical Inc. v. ATOFINA Chemicals, Inc., et al.
CAN 4  05-1284           Central Marin Sanitation Agency v. FMC Corp., et al.